| | |
|---|---|
| 1 | SEAN P. NALTY (SBN: 121253) |
| | Email: sean.nalty@wilsonelser.com |
| 2 | SHIVANI NANDA (SBN: 253891) |
| | Email: shivani.nanda@wilsonelser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
| | EDELMAN & DICKER LLP |
| 4 | 525 Market Street – 17th Floor |
| | San Francisco, California 94105-2725 |
| 5 | Telephone: (415) 433-0990 |
| | Facsimile: (415) 434-1370 |
| 6 | |
| | Attorneys for Defendant, |
| 7 | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| 8 | P. RANDALL NOAH (SBN: 136452) |
| | Email: pnoah@ix.netcom.com |
| 9 | LAW OFFICES OF P. RANDALL NOAH |
| | 21 Orinda Way, Suite C, #316 |
| 10 | Orinda, California 94563 |
| | Telephone: (925) 253-5540 |
| 11 | Facsimile: (925) 253-5542 |
| 12 | Attorneys for Plaintiff, |
| | TRACY CARTER DAVIS |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CARTER DAVIS, | Case No.: C11-06349 JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Action Filed: December 15, 2011 |
| | Trial Date: None |
| Defendant. | |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Tracy Carter Davis and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1. LINA was served with the Summons and Complaint on December 30, 2011, and its response to the Complaint currently is due on or before January 20, 2012;

2. The parties have agreed that LINA may have an extension to and including

1

February 18, 2012 to answer or otherwise respond to the Complaint; and

3. This extension of time to respond to the Complaint does not alter the date of any event or any deadline already fixed by Court Order, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Dated: January 20, 2012                     WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER LLP

                                            By:    /s/ Shivani Nanda
                                                   SEAN P. NALTY
                                                   SHIVANI NANDA
                                                   Attorneys for Defendant
                                                   LIFE INSURANCE COMPANY OF
                                                   NORTH AMERICA

Dated: January 20, 2012                     LAW OFFICES OF P. RANDALL NOAH

                                            By:    /s/ P. Randall Noah
                                                   P. RANDALL NOAH
                                                   Attorneys for Plaintiff
                                                   TRACY CARTER DAVIS

Dated: Jan. 23, 2012

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA