SEAN P. NALTY (SBN: 121253)
Email: sean.nalty@wilsonelser.com
SHIVANI NANDA (SBN: 253891)
Email: shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant,
LIFE INSURANCE COMPANY OF NORTH AMERICA

P. RANDALL NOAH (SBN: 136452)
Email: pnoah@ix.netcom.com
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, California 94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542

Attorneys for Plaintiff,
TRACY CARTER DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CARTER DAVIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No.: C11-06349 JCS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed: December 15, 2011<br>Trial Date: None |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Tracy Carter Davis and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1. LINA was served with the Summons and Complaint on December 30, 2011, and its response to the Complaint currently is due on or before January 20, 2012;

2. The parties have agreed that LINA may have an extension to and including

1  February 18, 2012 to answer or otherwise respond to the Complaint; and

2      3.    This extension of time to respond to the Complaint does not alter the date of any

3  event or any deadline already fixed by Court Order, and no previous stipulation to extend the time

4  to answer or otherwise respond to the Complaint has been filed in this action.

6  Dated: January 20, 2012      WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

8      By:   /s/ Shivani Nanda
    SEAN P. NALTY
9      SHIVANI NANDA
    Attorneys for Defendant
10     LIFE INSURANCE COMPANY OF
    NORTH AMERICA

12 Dated: January 20, 2012      LAW OFFICES OF P. RANDALL NOAH

14     By:   /s/ P. Randall Noah
    P. RANDALL NOAH
    Attorneys for Plaintiff
15     TRACY CARTER DAVIS

18 Dated: Jan. 23, 2012

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA